# MINUTE ORDER

Page 5

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 11/26/2018   Time: 1:30 p.m.

---

Defendant: JUAN A. HERNANDEZ ALVARADO    J#: 17838-104    Case #: 18-3694-MJ-GOODMAN

AUSA: Joseph Schuster     Attorney: Manuel Retureta (Temp)

Violation: S/D/NY/SUPER. INDICT/WARR/CONSP/IMPORT COCAINE INTO THE U.S.    Surr/Arrest Date: 11/23/2018    YOB: 1978

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition: Advised. Notice of temp. atty. appear. filed. Waiver of Removal executed. Stip. PTD w/ right to revisit. Deft. ordered to SD/NY.

Time from today to ____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:11:32     Time in Court: 5 min.

s/Jonathan Goodman     Magistrate Judge