INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:18−mj−03694−JG</u> All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Hernandez Alvarado | Date Filed: 11/26/2018 |
| | Date Terminated: 11/26/2018 |

Assigned to: Magistrate Judge Jonathan Goodman

**Defendant (1)**

| | | |
|---|---|---|
| **Juan Antonio Hernandez Alvarado**<br>17838−104<br>*YOB 1978 Spanish*<br>*TERMINATED: 11/26/2018*<br>also known as<br>Tony Hernandez<br>*TERMINATED: 11/26/2018* | represented by | **Manuel J. Retureta**<br>Retureta & Wassem, PLLC<br>16140 20th Street, NW<br>Washington, DC<br>202−450−6119<br>Email: mjr@retuetawassem.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:U.S.C.§959,963 CONSPIRACY TO IMPORT COCAINE INTO THE UNITED STATES; 18:U.S.C.§924(c),2 POSSESSION OF MACHINEGUNS AND DESTRUCTIVE DEVICES IN FURTHERANCE OF A DRUG TRAFFICKING CRIME; | |

18:U.S.C.§ 924(o)CONSPIRACY TO POSSESS MACHINEGUN AND DESTRUCTIVE DEVICES IN FURTHERANCE OF A DRUG–TRAFFICKING CRIME; AND 18:U.S.C.§1001 MAKING FALSE STATEMENTS

**Plaintiff**

USA     represented by    **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/23/2018 | | | Arrest of Juan Antonio Hernandez Alvarado (at) (Entered: 11/27/2018) |
| 11/26/2018 | 1 | 3 | Magistrate Removal of Superseding Indictment from SOUTHERN DISTRICT OF NEW YORK Case number in the other District S2–15–CR–379(PKC) as to Juan Antonio Hernandez Alvarado (1). (at) (Entered: 11/26/2018) |
| 11/26/2018 | 2 | 16 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Manuel J. Retureta appearing for Juan Antonio Hernandez Alvarado (at) (Entered: 11/27/2018) |
| 11/26/2018 | 3 | 17 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Juan Antonio Hernandez Alvarado held on 11/26/2018. Waiver of Removal executed. Stip PTD with right to revisit. Deft ordered to SD/NY. Spanish Interpreter present. (Digital 14:11:32) (Signed by Magistrate Judge Jonathan Goodman on 11/26/2018). (at) (Entered: 11/27/2018) |
| 11/26/2018 | 4 | 18 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Juan Antonio Hernandez Alvarado (at) (Entered: 11/27/2018) |
| 11/26/2018 | 5 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Juan Antonio Hernandez Alvarado. Defendant committed to District of SOUTHERN DISTRICT OF NEW YORK.. Closing Case for Defendant. (Signed by Magistrate Judge Jonathan Goodman on 11/26/2018). *(See attached document for full details).* (at) (Entered: 11/27/2018) |

**18-3694-MJ-GOODMAN**

FILED BY YR
Nov 26, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : **SUPERSEDING INDICTMENT**

    - v. - : S2 15 Cr. 379 (PKC)

JUAN ANTONIO HERNANDEZ ALVARADO,
    a/k/a "Tony Hernandez," :

                   Defendant. :

- - - - - - - - - - - - - - - - - - - - X

**COUNT ONE**
(Cocaine Importation Conspiracy)

The Grand Jury charges:

OVERVIEW

1. From at least in or about 2004, up to and including in or about 2016, multiple drug-trafficking organizations in Honduras and elsewhere worked together, and with support from certain prominent public and private individuals, including Honduran politicians and law enforcement officials, to receive multi-ton loads of cocaine sent to Honduras from, among other places, Colombia via air and maritime routes, and to transport the drugs westward in Honduras toward the border with Guatemala and eventually to the United States.

2. For protection from official interference, and in order to facilitate the safe passage through Honduras of multi-

3

ton loads of cocaine, drug traffickers paid bribes to public officials, including certain members of the National Congress of Honduras and Honduran National Police.

3.  JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, is a former member of the National Congress of Honduras, the brother of the current President of Honduras, and a large-scale drug trafficker who worked with other drug traffickers in, among other places, Colombia, Honduras, and Mexico, to import cocaine into the United States.

4.  From at least in or about 2004, up to and including in or about 2016, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, was involved in processing, receiving, transporting, and distributing multi-ton loads of cocaine that arrived in Honduras via planes, go-fast vessels, and, on at least one occasion, a submarine. HERNANDEZ ALVARADO had access to cocaine laboratories in Honduras and Colombia, at which some of the cocaine was stamped with the symbol "TH," *i.e.*, "Tony Hernandez." HERNANDEZ ALVARADO also coordinated and, at times, participated in providing heavily armed security for cocaine shipments transported within Honduras, including by members of the Honduran National Police and drug traffickers armed with, among other weapons, machineguns.

5. As part of his drug-trafficking activities, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and his co-conspirators bribed law enforcement officials for sensitive information to protect drug shipments and solicited large bribes from major drug traffickers for HERNANDEZ ALVARADO and on behalf of one or more high-ranking Honduran politicians.

6. In or about February 2014 in Honduras, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, met with Devis Leonel Rivera Maradiaga, the former leader of a violent Honduran drug-trafficking organization known as the *Cachiros*, for a meeting set up by, among others, a former member of the Honduran National Police. During part of that meeting, which was video and audio recorded, HERNANDEZ ALVARADO agreed to help Rivera Maradiaga by causing Honduran government entities to pay money owed to one or more *Cachiros* money-laundering front companies in exchange for kickback payments from Rivera Maradiaga. Rivera Maradiaga paid HERNANDEZ ALVARADO approximately $50,000 during the meeting.

STATUTORY ALLEGATIONS

7. From at least in or about 2004, up to and including in or about 2016, in Honduras and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and others known and

3

unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

8. It was a part and an object of the conspiracy that JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and others known and unknown, would and did knowingly and intentionally import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

9. It was further a part and an object of the conspiracy that JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and others known and unknown, would and did manufacture, distribute, and possess with intent to distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

10. It was further a part and an object of the conspiracy that JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony

4

Hernandez," the defendant, and others known and unknown, would and did, on board an aircraft registered in the United States, manufacture, distribute, and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 959(c) and 960(a)(3).

11. The controlled substance that the defendant conspired to (i) import into the United States and into the customs territory of the United States from a place outside thereof, (ii) manufacture and distribute, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, and (iii) manufacture, distribute, and possess on board an aircraft registered in the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Title 21, United States Code, Section 963; and
Title 18, United States Code, Section 3238.)

5

## COUNT TWO
(Possession of Machineguns and Destructive Devices)

The Grand Jury further charges:

12. Paragraphs 1 through 6 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

13. From at least in or about 2004, up to and including in or about 2016, in Honduras and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States and for which one of two or more joint offenders has been first brought to and arrested in the Southern District of New York, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the narcotics importation conspiracy charged in Count One of this Superseding Indictment, knowingly used and carried firearms, and, in furtherance of such crime, knowingly possessed firearms, and aided and abetted the use, carrying, and possession of firearms, to wit, machineguns that were capable of automatically shooting more than one shot, without

6

manual reloading, by a single function of the trigger, as well as destructive devices.

(Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii), 3238, and 2.)

## COUNT THREE
(Conspiracy to Possess Machineguns and Destructive Devices)

The Grand Jury further charges:

14. Paragraphs 1 through 6 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

15. From at least in or about 2004, up to and including in or about 2016, in Honduras and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and others known and unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 924(c).

16. It was a part and an object of the conspiracy that JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, and others known and unknown, would and did, during and

7

in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, the narcotics importation conspiracy charged in Count One of this Superseding Indictment, knowingly use and carry firearms, and, in furtherance of such drug trafficking crime, knowingly possess firearms, including machineguns that were capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger, as well as destructive devices, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

(Title 18, United States Code, Sections 924(o) and 3238.)

## COUNT FOUR
(Making False Statements)

The Grand Jury further charges:

17. Paragraphs 1 through 6 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

18. On or about October 25, 2016, in the Southern District of New York, Southern District of Florida, and elsewhere, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully falsified, concealed, and covered up by a trick, scheme,

8

and device a material fact, and made materially false, fictitious, and fraudulent statements and representations, to wit, during an interview with, among others, representatives of the U.S. Drug Enforcement Administration in connection with an investigation being conducted in the Southern District of New York, HERNANDEZ ALVARADO made misrepresentations in connection with the criminal conduct charged in Counts One through Three of this Superseding Indictment, including that he never accepted money from drug traffickers for any purpose and never provided assistance to drug traffickers in any way.

(Title 18, United States Code, Section 1001.)

### FORFEITURE ALLEGATION
(As to Count One)

19. As a result of committing the controlled substance offense charged in Count One of this Superseding Indictment, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense charged in Count One of this Superseding Indictment.

9

## FORFEITURE ALLEGATION
(As to Counts Two and Three)

20. As a result of committing the firearms offenses charged in Counts Two and Three of this Superseding Indictment, JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved in and used in the commission of the offenses charged in Counts Two and Three of this Superseding Indictment.

### Substitute Assets Provision

21. If any of the above-described forfeitable property, as a result of any act or omission of JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 & 970; and
Title 28, United States Code, Section 2461(c).)

FOREPERSON

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN ANTONIO HERNANDEZ ALVARADO,
a/k/a "Tony Hernandez,"

Defendant.

### SUPERSEDING INDICTMENT

S2 15 Cr. 379 (PKC)

(21 U.S.C. § 963; and
18 U.S.C. §§ 924, 1001, 3238, 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL



Foreperson.

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Matthew Laroche (212-637-2420)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN ANTONIO HERNANDEZ ALVARADO a/k/a "Tony Hernandez," | ) ) ) ) ) | Case No.  S2 15 Cr. 379 (PKC) |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JUAN ANTONIO HERNANDEZ ALVARADO, a/k/a "Tony Hernandez",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 959, 963 (conspiracy to import cocaine into the United States)
18 U.S.C. §§ 924(c), 2 (possession of machineguns and destructive devices in furtherance of a drug-trafficking crime)
18 U.S.C. § 924(o) (conspiracy to possess machineguns and destructive devices in furtherance of a drug-trafficking crime)
18 U.S.C. § 1001 (making false statements)

Date: 11/21/2018

S/Henry Pitman

*Issuing officer's signature*

City and state:  New York, New York

The Honorable Hen   Pitm n U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. – 18 mj 3694 Goodman –

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

JUAN HERNANDEZ

COMES NOW **MANUEL J RETURETA** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) MANUEL RETURETA

Counsel's Signature _MJR_

Address 300 NEW JERSEY Ave. NW, #300
Washington DC   ZIP CODE: 20004

Telephone (202) 549-0679  FLORIDA BAR NUMBER:

Date: November 26, 2018

16

# MINUTE ORDER

Page 5

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 11/26/2018   Time: 1:30 p.m.

Defendant: JUAN A. HERNANDEZ ALVARADO    J#: 17838-104    Case #: 18-3694-MJ-GOODMAN

AUSA: Joseph Schuster    Attorney: Manuel Retureta (Temp)

Violation: S/D/NY/SUPER. INDICT/WARR/CONSP/IMPORT COCAINE INTO THE U.S.    Surr/Arrest Date: 11/23/2018    YOB: 1978

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition: Advised. Notice of temp. atty. appear. filed.

Waiver of Removal executed.

Stip. PTD w/ right to revisit.

Deft. ordered to SD/NY.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:11:32      Time in Court: 5 min

s/Jonathan Goodman      Magistrate Judge

17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 18-3694-MJ-GOODMAN

United States of America
    Plaintiff,
v.

Charging District's Case No. 15-CR-379

JUAN ANTONIO HERNANDEZ ALVARADO,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF NEW YORK.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[x] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/26/2018

_____
Defendant's Signature

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

18

United States District Court
Southern District of Florida
Case No. 18-3694-MJ-GOODMAN

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 15-CR-379

JUAN ANTONIO HERNANDEZ ALVARADO,
(USM# 17838-104)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the SOUTHERN DISTRICT OF NEW YORK. _Manuel Retureta_ was ~~appointed~~ _retained AG_ to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 11/26/2018.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE